THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEODRON, LTD., § § § *Plaintiff*, § § v. § § PANASONIC CORPORATION and § PANASONIC CORPORATION OF NORTH § AMERICA, § § *Defendants*. § | Case No. 2:20-cv-00241-JRG-RSP |

**ORDER**

Before the Court is the Joint Stipulated Motion to Dismiss with Prejudice ("Motion") filed by Plaintiff Neodron, Ltd. ("Plaintiff") and Defendants Panasonic Corporation and Panasonic Corporation of North America ("Defendants") (together with Plaintiff, the "Parties"). (Dkt. No. 71.)

Having considered the Motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, this action, including all claims that were or could have been brought in this action, is **DISMISSED WITH PREJUDICE**, pursuant to the Settlement and License Agreement, whose terms shall remain confidential. It is **ORDERED** that this Court shall retain continuing jurisdiction over the Parties and the subject matter to enforce the Settlement and License Agreement. It is further **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 28th day of September, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE